David Seror
Email: dseror@ebg-law.com
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone (818) 827-9200
Facsimile (818) 936-0624
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:12-bk-12065AA |
|---|---|
| GRIFFIN HOMES | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011)** |
| Debtor. | |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011). Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011. Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: September 17, 2013

                                                /s/ David Seror
                                        David Seror, Disbursing Agent
                                        Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | AL TEMPORARY POWER SYSTEMS<br>11846 BALBOA BLVD.<br>GRANADA HILLS, CA 91344-2753 | 2,901.00 | 7.18 |
| 2 | ALDEN TRADING INC.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 2,396,051.42 | 5,918.65 |
| 5 | ALLIANCE INC.<br>422 EAST EMPORIA<br>ONTARIO, CA 91761-1603 | 11,545.00 | 28.53 |
| 6 | ANDERSON & ANDERSON<br>PO BOX 19594<br>IRVINE, CA 92623-9594 | 4,779.40 | 11.82 |
| 7 | ANDERSON JR., JOSEPH E.<br>3612 PATRICK HENRY PL.<br>AGOURA HILLS, CA 91301-3636 | 21,522.77 | 53.16 |
| 8 | ANDERSON, MICHAEL R.<br>ADDRESS UNKNOWN<br>0 | 6,150.00 | 15.19 |
| 9 | ARISTOKRAFT INC.<br>10955 ARROW ROUTE SUITE 101<br>RANCHO CUCAMONG, CA 91730-4861 | 8,809.41 | 21.76 |
| 11 | AVALON HOLDINGS CO. INC.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 557,221.19 | 1,376.43 |
| 13 | BANK OF AMERICA<br>555 S FLOWER ST 16TH FLOOR<br>LOS ANGELES, CA 90071-2428 | 8,247,223.00 | 20,372.00 |
| 16 | BBB INDUSTRIES<br>28756 CASTAIC CANYON ROAD<br>VALENCIA, CA 91355-1002 | 3,252.00 | 8.03 |
| 18 | BERGMAN, GEORGE<br>C/O GLENN A. DRYFOOS, ESQ.<br>1900 AVE OF THE STARS, STE200<br>LOS ANGELES, CA 90067-4590 | 158,530.00 | 391.60 |
| 20 | BLIECHNER, DEASON, & HOUSER<br>c/o BRAD BLEICHNER<br>11766 WILSHIRE BLVD 6TH FLOOR<br>LOS ANGELES, CA 90025 | 4,223.00 | 10.43 |
| 22 | BOSSCHE, WENDY<br>15433 MALLORY COURT<br>MOORPARK, CA 93021-3253 | 10,097.36 | 24.94 |
| 23 | BOYCHICKS CLEANING SERVICE<br>940 ENCHANTED WAY #107<br>SIMI VALLEY, CA 93065-0907 | 3,507.04 | 8.66 |
| 24 | BOYNTON, JOHN R.<br>6385 TWILIGHT PL<br>RNCH CUCAMONGA, CA 91737-7779 | 4,662.00 | 11.52 |
| 25 | BROCK, M.J. & SONS<br>3380 SHELBY ST<br>SUITE 100<br>ONTARIO, CA 91764-5567 | 369,353.00 | 912.36 |
| 27 | BUHR, DONALD JR.<br>1262 FOREST AV<br>SIMI VALLEY, CA 93065-5288 | 2,733.00 | 6.75 |
| 34 | CAMPUS HILLS CONDO HOA | 39,433.00 | 97.41 |

| | Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|---|
| 1 | | 50 MOORPARK AVENUE<br>MOORPARK, CA 93021-1843 | | |
| 2, 3 | 36 | CARILLO, RAFAEL<br>38111 EL DORADO COURT<br>PALMDALE, CA 93551-4454 | 14,345.00 | 35.43 |
| 4 | 37 | CARR, STEPHEN F.<br>15441 MALLORY COURT<br>MOORPARK, CA 93021-3253 | 9,134.00 | 22.56 |
| 5, 6 | 39 | CENTENNIAL ESTATES<br>C/O ANTHONY DUFFY<br>1301 DOVE ST #500<br>NEWPORT BEACH, CA 92660-2467 | 1,363,965.88 | 3,369.22 |
| 7, 8 | 42 | CHICAGO TITLE CORPORATION<br>2510 N. REDHILL AVENUE<br>SANTA ANA, CA 92705 | 36,984.65 | 91.36 |
| 9 | 43 | CHOZEN, BOB & GLORIA<br>1817 N. KIRSTEN LEE DRIVE<br>WESTLAKE VILLAGE, CA 91361-5569 | 8,807.00 | 21.75 |
| 10, 11 | 44 | CIPRIANO, JR., JOE<br>C/O LOWTHORP, RICHARDS, ET AL.<br>PO BOX 5167<br>OXNARD, CA 93031-5167 | 4,918.22 | 12.15 |
| 12, 13 | 49 | CONTINENTAL CASUALTY CO.<br>C/O PATRICIA GRIFFIN, ESQ.<br>450 W FOURTH ST, 2ND FL<br>SANTA ANA, CA 92701-4562 | 25,000.00 | 61.75 |
| 14, 15 | 50 | CONWAY HOLDINGS, LTD (LANG)<br>10345 W OLYMPIC BL #168<br>LOS ANGELES, CA 90064-2524 | 1,896,565.00 | 4,684.83 |
| 16, 17 | 51 | CONWAY HOLDINGS, LTD.<br>(VICTORVILLE)<br>C/O CRAIG SIERRA PROPERTIES<br>3769 FAIRLAWN AVE<br>LAS VEGAS, NV 89121-3401 | 584,147.00 | 1,442.94 |
| 18, 19 | 55 | DAVIS, BRUCE<br>28895 VALLEJO<br>TEMECULA, CA 92592-2312 | 22,985.00 | 56.78 |
| 20, 21 | 57 | DE OLIVIERA CONCRETE INC.<br>27013 LANGSIDE AVE SUITE H<br>CANYON COUNTRY, CA 91351-2557 | 4,400.00 | 10.87 |
| 22 | 58 | DE VRIES, FRANK & MARJORIE<br>22428 MOUNTAIN VIEW RD<br>MORENO VALLEY, CA 92557-2655 | 4,795.00 | 11.84 |
| 23, 24 | 59 | DELTA GROUP INC.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 2,284,606.99 | 5,643.36 |
| 25 | 60 | DEMAURO, DAVID<br>6381 MEADOW GLEN PLACE<br>ALTA LOMA, CA 91737-7756 | 2,298.00 | 5.68 |
| 26, 27 | 61 | DESERT OUTDOOR ADVERTISING<br>P O BOX 1088<br>BANNING, CA 92220-0008 | 6,850.00 | 16.92 |
| 28 | 62 | DEVELOPERS INSURANCE COMPANY<br>C/O ANDREW K MAUTHE<br>611 ANTON BL STE 780 | 7,000,000.00 | 17,291.16 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | COSTA MESA, CA 92626-7005 | | |
| 64 | DPF LEASING SERVICES, INC.<br>KAREN A. RAGLAND<br>330 N. BRAND BLVD. STE 1170<br>GLENDALE, CA 91203 | 4,959.44 | 12.25 |
| 65 | DUCHANIN, WALTER<br>C/O LAW OFF. OF DAVID B. BLOOM<br>3325 WILSHIRE BLVD 9TH FL<br>LOS ANGELES, CA 90010-1709 | 9,682.00 | 23.92 |
| 66 | DUFRESNE, GERARD & DUANE<br>C/O HAGEN HAGEN & HAGEN<br>17525 VENTURA BL STE 201<br>ENCINO, CA 91316-5108 | 500,000.00 | 1,235.08 |
| 67 | DYNAMAC CORP.<br>1901 RESEARCH BLVD STE 220<br>ROCKVILLE, MD 20850 | 4,306.50 | 10.64 |
| 70 | ELDORADO GOLD JV<br>MR PING FU CHENG<br>930 VISTA RIDGE LN<br>WESTLAKE VILLAGE, CA 91362-5612 | 1,172,938.00 | 2,897.35 |
| 71 | EMPIRE OF AMERICA REALTY<br>100 SENECA ST<br>BUFFALO, NY 14203-2933 | 2,905.64 | 7.18 |
| 72 | ENTERPRISE CLEANING & MAINT.<br>P O BOX 1179<br>CRESTLINE, CA 92325-1179 | 6,905.00 | 17.06 |
| 74 | FED. HOME LOAN MORTG. CORP.<br>27555 FARMINGTON RD.<br>FARMINGTON HILL, MI 48334-3376 | 95,518.45 | 235.95 |
| 75 | FIRST NATIONWIDE NETWORK MORTGAGE<br>ADDRESS UNKNOWN<br>0 | 7,492,465.00 | 18,507.62 |
| 79 | FOSTER INTERNATIONAL<br>MR PING FU CHENG<br>930 VISTA RIDGE LN<br>WESTLAKE VILLAGE, CA 91362-5612 | 2,615,952.03 | 6,461.83 |
| 82 | FULTON INTERNATIONAL CORP.<br>6356 POTRERO DRIVE<br>NEWARK, CA 94560 | 1,438,773.00 | 3,554.01 |
| 84 | GEIS, JEFFREY<br>15516 MALLORY COURT<br>MOORPARK, CA 93021-3250 | 21,493.00 | 53.09 |
| 89 | GLENSIDE FINANCIAL CORP.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 1,896,565.37 | 4,684.83 |
| 91 | GOLDEN STATE DRYWALL INC.<br>P O BOX 4270<br>SIMI VALLEY, CA 93093-8270 | 2,720.00 | 6.72 |
| 94 | H & R ENGINEERING<br>ADDRESS UNKNOWN<br>0 | 6,433.75 | 15.89 |
| 95 | HAYES, SANFORD<br>2115 MAIN STREET<br>SANTA MONICA, CA 90405-2215 | 49,291.00 | 121.76 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 100 | HOPKINS, DAVID PAINT & DRYWALL<br>12454 LEWIS STREET<br>STE. 101<br>GARDEN GROVE, CA 92840-4680 | 3,244.00 | 8.01 |
| 101 | HOPKINSON, RUSSELL & SUZANNE<br>10458 VALLEY CREST CIRCLE<br>MORENO VALLEY, CA 92557-9010 | 8,020.00 | 19.81 |
| 102 | HORTICULTURAL RESOURCES INC.<br>ADDRESS UNKNOWN<br>0 | 5,460.00 | 13.49 |
| 104 | INLAND PACIFIC ADVISORS<br>ADDRESS UNKNOWN<br>0 | 61,967.77 | 153.07 |
| 105 | J.F. DAVIDSON ASSOCIATES INC.<br>P O BOX 493<br>RIVERSIDE, CA 92502-0493 | 6,623.74 | 16.36 |
| 106 | JAUCH, ALISA<br>ADDRESS UNKNOWN<br>0 | 4,837.00 | 11.95 |
| 107 | JIMINEZ, NANETTE<br>C/O HAGEN HAGEN & HAGEN<br>17525 VENTURA BL STE 201<br>ENCINO, CA 91316-5108 | 6,331.93 | 15.64 |
| 109 | KARLIN, ROCHELLE<br>15653 BORGES COURT<br>MOORPARK, CA 93021-3229 | 374,735.00 | 925.66 |
| 111 | KIESLING, MARION<br>660 CAMINO VERDE<br>THOUSAND OAKS, CA 91360-2116 | 26,606.00 | 65.72 |
| 112 | KING, RICK<br>C/O CECIL E RICKS, JR<br>5 HUTTON CTR DR<br>SANTA ANA, CA 92707-8714 | 278,737.00 | 688.53 |
| 113 | KLEIN ADVERTISING   [Listed as Klein]<br>C/O D. WAYNE LEECH<br>11001 E VALLEY MALL #200<br>EL MONTE, CA 91731-2620 | 11,129.76 | 27.49 |
| 114 | KORNBLATT, HOWARD L.<br>2230 N. KIRSTEN LEE DRIVE<br>WESTLAKE VILLAG, CA 91361-5564 | 7,180.00 | 17.74 |
| 116 | LA HABRA TRUCKING INC.<br>P O BOX 33306<br>RIVERSIDE, CA 92519-0306 | 4,731.90 | 11.69 |
| 117 | LANDSCAPE DEVELOPMENT INC.<br>P O BOX 205<br>CASTAIC, CA 91310-0205 | 18,095.80 | 44.70 |
| 118 | LANG RANCH COMPANY<br>5655 LINDERO CYN RD #506<br>WESTLAKE VILLAG, CA 91362-4048 | 15,351.00 | 37.92 |
| 127 | MEDFORD TRADING LTD.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 891,553.51 | 2,202.28 |
| 129 | MENEFEE, LAUREN DEGNON<br>15478 MALLORY CT<br>MOORPARK, CA 93021-3252 | 3,095.51 | 7.65 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 132 | MUELLER, REINHOLD & RONI<br>1794 N. KIRSTEN LEE DRIVE<br>WESTLAKE VILLAG, CA 91361-5516 | 9,198.00 | 22.72 |
| 133 | N. AMERICAN MORTG. CORP.<br>PO BOX 808004<br>PETALUMA, CA 94975-8004 | 11,575.72 | 28.59 |
| 134 | N. AMERICAN MORTG. CORP.<br>PO BOX 808004<br>PETALUMA, CA 94975-8005 | 12,237.13 | 30.23 |
| 135 | N. AMERICAN MORTG. CORP.<br>PO BOX 808004<br>PETALUMA, CA 94975-8006 | 13,302.04 | 32.86 |
| 136 | NELSON, DAVID & GIGI<br>ADDRESS UNKNOWN<br>0 | 13,798.00 | 34.08 |
| 139 | NOR-MAR SALES CO. INC.<br>20835 NORDHOFF STREET<br>CHATSWORTH, CA 91311-5925 | 2,817.52 | 6.96 |
| 140 | NOR-MAR SALES CO. INC.<br>20835 NORDHOFF STREET<br>CHATSWORTH, CA 91311-5925 | 4,016.39 | 9.92 |
| 141 | NOSSAMAN, GUNTHER, KNOX & ELLIOTT<br>4450 S FIGUEROA STREET 31 FL<br>LOS ANGELES, CA 90037 | 5,080.45 | 12.55 |
| 142 | O'HANLON, FRANK G.<br>ADDRESS UNKNOWN<br>0 | 9,876.00 | 24.40 |
| 144 | PAC FIRST BANK<br>ATTN: MS COLLEEN LANDELLS<br>2600 MICHELSON DR. STE 600<br>IRVINE, CA 92612-8538 | 423,515.34 | 1,046.15 |
| 145 | PACIFIC COAST ROOFING CORP.<br>9361 GLENOAKS BLVD<br>SUN VALLEY, CA 91352-1511 | 4,794.75 | 11.84 |
| 146 | PACIFIC COAST ROOFING CORP.<br>[BUILDERS SERV.?]<br>1006A CHESTNUT AVE<br>SANTA ANA, CA 92701 | 3,670.75 | 9.07 |
| 150 | PARROTT, CHARLES & MARIE<br>36506 N CHINA PLACE<br>PALMDALE, CA 93551-7924 | 4,600.00 | 11.36 |
| 151 | PEAR BLOSSOM PARTNERS<br>THE CALLAGHAN COMPANY<br>1280 BISON AVE<br>#B-9479,    0 | 2,749,074.00 | 6,790.67 |
| 152 | PERIDIAN GROUP<br>17848 SKY PARK BLVD<br>IRVINE, CA 92614-6135 | 6,480.13 | 16.01 |
| 156 | PRICE WATERHOUSE<br>ATTN ROBERT CONNELLY<br>400 S HOPE ST<br>LOS ANGELES, CA 90071-2801 | 26,288.00 | 64.94 |
| 149 | Palmdale/Lakeview LTD.<br>ALAN STONEMAN | 156,426.00 | 386.40 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
|  | 542 E ADAMS AVE<br>ORANGE, CA 92867-4943 |  |  |
| 157 | QUEEN CARPET CORP.<br>C/O AMERICAN CREDIT INDEMNITY CO.<br>300 ST. PAUL PLACE<br>BALTIMORE, MD 21202-2120 | 4,842.33 | 11.96 |
| 158 | RAMSEYER & ASSOCIATES INC.<br>C/O RONALD A. CHER, ESQ.<br>300 ESPLANADE DR. 6TH FL<br>OXNARD, CA 93036-1251 | 7,649.91 | 18.90 |
| 159 | RANCON REALTY FUND V<br>C/O RANCON FINANCIAL CORP<br>27720 JEFFERSON AVE<br>TEMECULA, CA 92590-2610 | 132,461.00 | 327.20 |
| 160 | RANSOM, SONIA<br>416 ALAMOSA AVENUE<br>PALMDALE, CA 93551-4442 | 2,335.00 | 5.77 |
| 161 | REMINGTON GOLD INVESTMENTS INC.<br>ATTN: DAVID CRAIG<br>10345 W OLYMPIC BL #168<br>LOS ANGELES, CA 90064-2524 | 293,234.00 | 724.34 |
| 163 | RIM OF THE WORLD FIREPLACE<br>P O BOX 2851<br>LAGUNA HILLS, CA 92654-2851 | 6,251.90 | 15.44 |
| 164 | RIVERSIDE GRADING & PAVING<br>C/O MICHAEL SHAIMA<br>3890 TENTH ST<br>RIVERSIDE, CA 92501-3520 | 2,098.00 | 5.18 |
| 165 | RIVIERA HOLDINGS CO. LTD.<br>10345 W OLYMPIC BL STE 168<br>LOS ANGELES, CA 90064-2524 | 817,806.05 | 2,020.12 |
| 166 | RTC/HOME FED<br>C/O C. NEIL DAVIS, ESQ.<br>707 BROADWAY, 7TH FL<br>SAN DIEGO, CA 92101-5391 | 220,160.33 | 543.83 |
| 167 | RTC/HOME FED<br>C/O C. NEIL DAVIS, ESQ.<br>707 BROADWAY, 7TH FL<br>SAN DIEGO, CA 92101-5391 | 4,813,479.56 | 11,890.09 |
| 168 | RTC/PIMA (Transferred to Stornaway<br>Properties Inc., Per Cla<br>191 W. WILBUR ROAD<br>SUITE 103<br>THOUSAND OAKS, CA 91360 | 4,581,791.00 | 11,317.78 |
| 169 | SAND, ALEX<br>1474 GLENVILLE DRIVE<br>LOS ANGELES, CA 90035-3120 | 266,020.67 | 657.11 |
| 170 | SANTA FE HOMEOWNERS<br>ADDRESS UNKNOWN<br>0 | 1,379,854.00 | 3,408.47 |
| 172 | SAVINGS OF AMERICA FA<br>ADDRESS UNKNOWN<br>0 | 102,655.84 | 253.58 |
| 177 | SHEHATA, MARK<br>357 HACIENDA DR | 1,490,584.00 | 3,681.99 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | PALMDALE, CA 93551-7811 | | |
| 179 | SIERRA CREST LANDSCAPE CO.<br>4511 BARNARD STREET<br>SIMI VALLEY, CA 93063-2403 | 2,429.00 | 6.00 |
| 180 | SIMPLIS, RONAN<br>C/O PHILLIP CICCONI<br>204 BICKNELL AVE<br>SANTA MONICA, CA 90405-2302 | 98,758.00 | 243.95 |
| 181 | SIMPSON, JAMES MONA<br>ADDRESS UNKNOWN<br>0 | 3,219.00 | 7.95 |
| 182 | SMITH GENERAL ENGINEERING<br>2674 E MAIN ST<br>SUITE C-313<br>VENTURA, CA 93003-2899 | 37,066.00 | 91.56 |
| 183 | SMITH, WYNN L.<br>ADDRESS UNKNOWN<br>0 | 5,083.00 | 12.56 |
| 187 | STANTON LANDSCAPE INC.<br>3648 COUNTY ROAD<br>CHINO, CA 91710-2006 | 11,645.00 | 28.77 |
| 188 | STERLING RIDGE PARTNERS<br>THE CAPSTONE CORPORATION<br>1280 BISON AVE., B-9479<br>NEWPORT BEACH, CA 92660-4258 | 2,351,985.61 | 5,809.79 |
| 193 | SULLIVAN, WARREN W.<br>15577 MALLORY COURT<br>MOORPARK, CA 93021-3251 | 11,500.00 | 28.41 |
| 195 | SUTNAR & SUTNAR<br>ADDRESS UNKNOWN<br>0 | 4,600.00 | 11.36 |
| 196 | SUTTON, SEAN<br>15411 BRANN COURT<br>MOORPARK, CA 93021-3215 | 7,360.00 | 18.18 |
| 197 | SWINDLE, ROBERT C. & CATHY C.<br>15442 MALLORY COURT<br>MOORPARK, CA 93021-3252 | 25,000.00 | 61.75 |
| 199 | SYCAMORE VILLAS CONDOMINIUM HOA<br>C/O JAMES LINGLE & ASSOCIATES<br>1200 PASEO CAMARILLO, STE 170<br>CAMARILLO, CA 93010-6085 | 16,742.00 | 41.36 |
| 200 | TED STOMEL<br>C/O ALVIN GREEN<br>10880 WILSHIRE BLVD, STE 2121<br>LOS ANGELES, CA 90024-4101 | 1,256,924.00 | 3,104.81 |
| 204 | THYMES, JONH ET AL.<br>109 NORTH EASTWOOD AVE #5<br>INGLEWOOD, CA 90301-1962 | 197,564.00 | 488.02 |
| 205 | TOLAND, LISA SCOTT<br>2217 KIRSTEN LEE DR<br>WESTLAKE, CA 91361-5570 | 5,501.00 | 13.59 |
| 206 | TORRES, MONICA<br>27428 W REVERE WAY<br>AGOURA HILLS, CA 91301-3500 | 32,801.43 | 81.02 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 207 | TRANSAMERICA INS. FINANCE CORP.<br>170 LAWRENCE BELL DR.<br>WILLIAMSVILLE, NY 14221-7880 | 220,916.00 | 545.70 |
| 208 | TSENG, JASON & LISA<br>26900 WHITEHORSE ROAD<br>SANTA CLARITA, CA 91387-3981 | 39,252.00 | 96.96 |
| 210 | TYDINGS, GAYLE ANN<br>3030 SLEEPY HALLOW STREET<br>SIMI VALLEY, CA 93065-5289 | 3,000.00 | 7.41 |
| 201 | Terlaak, Sharron<br>304 W SUGAR LOAF DR<br>PALMDALE, CA 93551-7951 | 320,803.00 | 792.44 |
| 212 | UNION BANK<br>C/O STANLEY KAFKA<br>1900 AVENUE OF THE STARS #200<br>LOS ANGELES, CA 90067-4303 | 393,107.00 | 971.04 |
| 213 | VALLEJO CONCRETE CO.<br>12606 ROSS<br>CHINO, CA 91710-3653 | 9,111.68 | 22.51 |
| 214 | VERSAILES LIMITED<br>C/O CRAIG SIERRA PROPERTIES<br>3769 FAIRLAWN AVE<br>LAS VEGAS, NV 89121-3401 | 934,633.21 | 2,308.70 |
| 215 | VICTORVILLE DEVELOPMENT<br>C/O MCCORMICK, KIDMAN, ET AL.<br>3100 BRISTOL ST #290<br>COSTA MESA, CA 92626-3099 | 299,178.00 | 739.02 |
| 216 | VICTORVILLE INVESTMENT INC.<br>C/O CRAIG SIERRA PROPERTIES<br>3769 FAIRLAWN AVE<br>LAS VEGAS, NV 89121-3401 | 233,658.30 | 577.17 |
| 217 | W H I, LTD<br>PAUL ZEN<br>87 COBBLESTONE COURT<br>NOVATO, CA 94945-1480 | 5,233,551.00 | 12,927.73 |
| 220 | WHITE, DAVE<br>2225 KIRSTEN LEE DR<br>WESTLAKE VILLAGE, CA 91361-5570 | 5,346.00 | 13.21 |
| 221 | WIXON, THOMAS<br>C/O NATHAN E JONES, ESQ.<br>1010 SECOND AVE #1421<br>SAN DIEGO, CA 92101-4901 | 4,763.00 | 11.77 |
| 222 | WOODSMITH INC.<br>C/O MICHAEL B. STOKER<br>201 S. MILLER, STE 107<br>SANTA MARIA, CA 93454-5248 | 33,458.66 | 82.65 |
| 223 | WRI LANCASTER VENTURE<br>C/O WEYERHAEUSER VENTURE CO.<br>7700 IRVINE CTR DR<br>IRVINE, CA 92618-2923 | 62,936.00 | 155.46 |
| | | *Total Unclaimed Dividends:* | $176,889.27 |

